IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00171-CR

 

Mathew Barbosa Tyree,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 248th District Court

Harris County, Texas

Trial Court No. 9418625

 



MEMORANDUM Opinion










 

      Tyree appeals the revocation of his
deferred-adjudication community supervision for aggravated robbery.  See
Tex. Code Crim. Proc. Ann. art.
42.12, § 5 (Vernon Supp. 2004-2005); Tex.
Penal Code Ann. § 29.03(a) (Vernon 2003).  Tyree’s counsel filed an
Anders brief.  See Anders v. California, 386 U.S. 738 (1967).  We affirm.

      The brief thoroughly reviews:
(1) Tyree’s opportunity to present punishment evidence, (2) the
validity of the community-supervision order, (3) the effective assistance
of Tyree’s trial counsel, and (4) the validity of the sentence.  Counsel
states: “After a thorough review of the record Appellant’s appointed counsel on
appeal is unable to find any error which he, in good faith, can urge as
warranting a reversal of the judgment of conviction.”  Although counsel informed
Tyree of the right to file a brief, Tyree did not file one.  The State waived
the filing of a response.

       We must, “after a full examination of all
the proceedings, . . . decide whether the case is wholly frivolous.” 
Anders at 744; accord Stafford v. State, 813 S.W.2d 503, 509-11
(Tex. Crim. App. 1991); Coronado v. State, 996 S.W.2d 283, 285 (Tex.
App.—Waco 1999, order) (per curiam), disp. on merits, 25 S.W.3d 806
(Tex. App.—Waco 2000, pet. ref’d).  An appeal is “wholly frivolous” or “without
merit” when it “lacks any basis in law or fact.”  McCoy v. Court of Appeals,
486 U.S. 429, 439 n.10 (1988).  Arguments are frivolous when they “cannot
conceivably persuade the court.”  Id. at 436.  An appeal is not wholly
frivolous when it is based on “arguable grounds.”  Stafford at 511.

       We determine that the appeal
is wholly frivolous.  Accordingly, we affirm.  Counsel must advise Tyree of our
decision and of his right to file a petition for discretionary review.  See
Sowels v. State, 45 S.W.3d 690, 694 (Tex. App.—Waco 2001, no pet.).

TOM GRAY

Chief
Justice

Before Chief Justice Gray,

      Justice Vance, and

      Justice
Reyna

Affirmed

Opinion
delivered and filed July 6, 2005

Do
not publish

[CRPM]